UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS W.S. RICHEY,

                Plaintiff,

v.

DENNIS THAUT,

                Defendant.

No. C11-5755 BHS/KLS

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANT

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. On September 26, 2011, Plaintiff was granted leave to proceed with this action *in forma pauperis* and the Court directed service of Plaintiff's complaint on Defendant Dennis Thaut. ECF Nos. 4 and 6. A review of the docket reflects that the waiver and return of service form directed to Defendant Dennis Thaut has been returned unexecuted, marked as "Return to Sender, No Such Person at This Facility). ECF No. 7.

The Court has no alternative address for Dennis Thaut and cannot make another attempt to complete service. Because service cannot be effected, personal jurisdiction over Dennis Thaut does not exist in this case and the Court has no authority over him at this time. However, if Plaintiff provides the court with current addresses for this defendant, the Court will direct that service be again attempted.

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order and the return of service form (ECF No. 7) to the Plaintiff. Plaintiff is directed to provide the Court with

ORDER - 1

a new address for Defendant Thaut on or before **November 25, 2011,** or the Court will recommend dismissal for failure to prosecute.

**DATED** this  18th  day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2