UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS W. S. RICHEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS THAUT,<br><br>                    Defendant. | No. C11-5755 BHS/KLS<br><br>**ORDER STAYING DISCOVERY** |

Before the Court is Defendant's motion to stay discovery. ECF No. 15. Also pending before the Court is Defendant's motion to dismiss for failure to exhaust administrative remedies. ECF NO. 14.

**DISCUSSION**

The court has broad discretionary powers to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Upon showing of good cause, the court may deny or limit discovery. Fed. R. Civ. P. 26( c). A court may relieve a party of the burdens of discovery while a dispositive motion is pending. *DiMartini v. Ferrin*, 889 F.2d 922 (9th Cir. 1989), amended at 906 F.2d 465 (9th Cir. 1990) *Rae v. Union Bank*, 725 F.2d 478 (9th Cir. 1984).

Defendant moves to dismiss all of Plaintiff's claims on the grounds that he has not exhausted his administrative remedies. The threshold issue of whether Plaintiff has exhausted his administrative remedies should be resolved before the parties are burdened by the expense of further discovery.

ORDER - 1

Accordingly, it is **ORDERED that** all discovery in this matter shall be **STAYED** pending further order of this Court.

**DATED** this  13th  day of February, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2